## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| KATHY I. EADES, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   09-cv-1416 |
| MICHAEL ASTRUE, Commissioner of SSA, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is a motion to proceed in forma pauperis, filed by Plaintiff Kathy Eades and received by this Court on December 22, 2009.  (Doc. 1).  Plaintiff states, under penalty of perjury, that she is unemployed and has no sources of income other than her husband, and has only $100 in the bank.  (Doc. 1 at 1). Plaintiff owns a 1993 GMC and 2002 Ford Focus; she is still making payments on the latter.  In addition, Plaintiff owns a house, which is in foreclosure.  Plaintiff's husband makes $719.35 every two weeks, which works out to an annual income of about $18,703.10, or $1,558.59 each month.[1]  Their fixed household expenses total $1,109.00 each month, not including expenses for groceries, gasoline, insurance, and clothing; Plaintiff states that her husband's income does not cover their monthly bills.  The Court finds that Plaintiff is unable to pay the filing fee.

---

[1]   The 2009 Federal Poverty Guideline for a two-member household is $14,570. Annual Update of the HHS Poverty Guidelines, 74 FED. REG. 4199-04 (Jan. 23, 2009).  This is only $4,133.10 less than Plaintiff's household income.

IT IS THEREFORE ORDERED that the motion to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff is excused from paying the filing fee in this action. The Clerk shall file the Complaint attached to the motion and deliver three copies, along with summons, to the United States Marshal, who is directed to serve it on Defendant in accordance with Federal Rule of Civil Procedure 4(i).

Entered this <u>22nd</u> day of December, 2009.

                                          s/ Joe B. McDade
                                          JOE BILLY McDADE
                                        United States District Judge